# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| MIGUEL PEREZ POSADAS, | * | |
| Movant, | * | CIVIL ACTION NO.: 2:19-cv-41 |
| v. | * | |
| UNITED STATES OF AMERICA, | * | (Case No.: 2:17-cr-34) |
| Respondent. | * | |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 10. Petitioner Miguel Posadas ("Posadas") did not file Objections to this Report and Recommendation. In fact, this Court's mailing was returned to the Court with the notation: "Return to Sender, Not Deliverable as Addressed, Unable to Forward." Dkt. No. 11, p. 1.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Posadas' 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct for failure to follow this Court's Orders and Local Rules, **DIRECTS** the Clerk of Court to **CLOSE** this case

AO 72A
(Rev. 8/82)

and enter the appropriate judgment of dismissal, and **DENIES** Posadas *in forma pauperis* status on appeal and a Certificate of Appealability.

**SO ORDERED**, this ___15___ day of ___April___, 2021.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA